James D. Weakley, Esq.     Bar No 082853
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, CITY OF FRESNO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY LOUEN, | CASE NO.  1:04-cv-06556-REC-SMS |
| Plaintiff | |
| vs. | STIPULATED PROTECTIVE ORDER RE: RECORDS REGARDING HOLLY LOUEN FROM SUSAN NAPOLITANO, PH.D. |
| FRESNO POLICE OFFICER BRIAN TWEDT; THE CITY OF FRESNO, CALIFORNIA, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties, and ordered by this Court, that records regarding HOLLY LOUEN, maintained by Susan Napolitano, Ph.D. as requested by defendants through discovery, be disclosed to counsel for the parties pursuant to the protective order detailed below.  The release of the requested documents pursuant to this Stipulation and Protective Order does not waive the confidentiality privilege protecting these documents from general disclosure.

Based on the foregoing, IT IS HEREBY STIPULATED:

1.     The subject documents are to be designated as "Confidential Material."  Such designations shall be made by stamping or otherwise marking the material prior to use in this litigation, as follows:  "Confidential material subject to protective order."

/ / /

---

2. The "Confidential Material" shall be used solely in connection with this litigation in the preparation and trial of this case, or any related proceeding, and not for any other purpose or in any other litigation.

3. The "Confidential Material" may be disclosed only to the following persons:

   a) counsel for any party to this action;

   b) paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in (a), including stenographic deposition reporters retained in connection with this action;

   c) court personnel including stenographic reporters engaged in proceedings as are necessarily incidental to preparation for the trial of this action;

   d) any outside expert or consultant retained in connection with this action and not otherwise employed by either party;

   e) any in-house expert designated by defendants to testify at trial in this matter;

   f) witnesses may have the documents disclosed to them during deposition proceedings, arbitration and/or trial, only; the witnesses may not leave the deposition, arbitration or trial with copies of the documents, and shall be bound by the provisions of paragraph 4;

   g) the finder of fact at the time of trial subject to the court's rulings on in limine motions and objections of counsel.

4. Each person to whom disclosure is made with the exception of counsel who are presumed to know of the contents of this protective order shall, prior to the time of disclosure, be provided by the person furnishing him/her such material, a copy of this order, and shall agree on the record or in writing that he/she has read the protective order and that he/she understands the provisions of the protective order. Such person must also consent to be subject to the jurisdiction of the United States District Court for the Eastern District of California, with respect to any proceeding related to enforcement of this order, including without limitation, any proceeding for contempt. Provisions of this order insofar as they restrict disclosure and use of the material shall be in effect until further order of this Court.

///

Stipulated Protective Order Re: Records Pertaining to Holly Louen from Susan Napolitano, Ph.D.

2

5. At the conclusion of this litigation, all confidential material received under the provisions of this order, including copies made, shall be destroyed. The conclusion of litigation means the termination of the case following applicable post-trial motions, appeal and/or retrial.

**IT IS SO AGREED.**

Dated:  5/13/05       By:     /s/ Kevin G. Little
                              Kevin G. Little, Esq.
                              Attorney for Plaintiffs

**IT IS SO AGREED.**

Dated:  5/24/05               MYERS & MAYFIELD


                      By:     /s/ Greg Myers
                              Greg Myers, Esq.
                              Attorneys for Defendant Brian Twedt

**IT IS SO AGREED.**

Dated:  5/27/05               WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


                      By:     /s/ James D. Weakley
                              James D. Weakley
                              Attorneys for Defendant City of Fresno


IT IS SO ORDERED.

**Dated:   May 31, 2005**           **/s/ Sandra M. Snyder**
icido3                       UNITED STATES MAGISTRATE JUDGE

---