FILED

2005 OCT 21  P 4: 34

CLERK. US DIST. COURT
E. DIST. CALIF

BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLY LOUEN, | ) | 1:04-cv-06556-REC-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER SEALING DOCUMENT** |
| | ) | |
| FRESNO POLICE OFFICER BRIAN TWEDT; THE CITY OF FRESNO, CALIFORNIA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the attached document, received in the chambers of the Honorable Sandra M. Snyder, United States Magistrate Judge, on or about August 9, 2005, is to be FILED in the case file UNDER SEAL.

DATED: 10/20/05

_____
SANDRA M. SNYDER,
United States Magistrate Judge

////
///
//
/

1