UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY LOUEN, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BRIAN TWEDT, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | 1:04-CV-6556-REC-SMS <br><br> ORDER **VACATING HEARING SET FOR FEBRUARY 28, 2006, ON PLAINTIFF'S MOTION FOR RECONSIDERATION** (DOC. 69) <br><br> ORDER DEEMING PLAINTIFF'S MOTION FOR MAGISTRATE JUDGE'S RECONSIDERATION OF ORDER TO BE REQUEST FOR RECONSIDERATION BY THE DISTRICT JUDGE <br><br> ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR RECONSIDERATION (DOC. 69) <br><br> **Date: March 27, 2006** <br> **Time: 1:30 p.m.** <br> **Courtroom: 1** |

   Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

   The undersigned Magistrate Judge conducted informal telephonic conferences concerning a discovery dispute regarding a mental examination of Plaintiff on November 4, 2005, when the Court granted Defendant's motion to compel Plaintiff to submit to

1

1  a mental examination; and on November 30, 2005, after which the
2  Court issued an order on December 22, 2005. At the hearing on the
3  motion for sanctions on January 20, 2006, the undersigned
4  Magistrate Judge noted that after repeated consideration of the
5  discovery dispute and rulings thereon, the appropriate remedy for
6  review of the order on the motion would be review by the district
7  judge. The Court notes that Plaintiff filed the motion for
8  reconsideration within ten days of the Magistrate's ruling, and
9  briefing is in progress.

10     Accordingly, the Plaintiff's motion for reconsideration of
11 the Magistrate Judge's ruling on the motion for sanctions IS
12 DEEMED to be a motion for reconsideration by the district judge
13 of the Magistrate Judge's ruling pursuant to Fed. R. Civ. P.
14 72(a) and Local Rule 72-303(c).

15     The hearing set before the Magistrate Judge on February 28,
16 2006, IS VACATED.

17     A hearing before District Judge Robert E. Coyle on the
18 motion IS SET for March 27, 2006, at 1:30 p.m. in Courtroom 1.

20 IT IS SO ORDERED.

21 **Dated:   February 16, 2006**                /s/ Sandra M. Snyder
   icido3                              UNITED STATES MAGISTRATE JUDGE