```
1   James D. Weakley, Esq.      Bar No 082853
    Erica M. Camarena, Esq.     Bar No 227981
2
            THE LAW FIRM OF
3          WEAKLEY, RATLIFF,
         ARENDT & McGUIRE, LLP
4     1630 East Shaw Avenue, Suite 176
          Fresno, California  93710
5
       Telephone: (559) 221-5256
6      Facsimile:  (559) 221-5262

7   Attorneys for Defendant, CITY OF FRESNO
```

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY LOUEN, | ) CASE NO.  CIV-F-04-6556 REC SMS |
| Plaintiff, | ) ORDER REGARDING DEFENDANT CITY OF FRESNO'S |
| vs. | ) MOTION FOR SANCTIONS |
| FRESNO POLICE OFFICER BRIAN TWEDT; THE CITY OF FRESNO, CALIFORNIA, | ) |
| Defendants. | ) |

The City of Fresno's Motion for Sanctions was heard by the Court on January 20, 2006. Plaintiff appeared by her counsel, Kevin Little.  The City of Fresno appeared by its counsel, James D. Weakley.  Brian Twedt appeared by his attorney, Gregory L. Myers.

The Court reviewed the Motion for Sanctions, the Defendant's Notice of Plaintiff's Non-Opposition, and plaintiff's opposition.  The Court had not yet reviewed the reply to plaintiff's opposition.  Oral arguments were heard. The Court orders as follows:

Defendant's request that the plaintiff not be heard for not filing an opposition to the motion is DENIED.

---

    The defendant's Motion for Sanctions for Failure to Comply with a Court Order is GRANTED. Sanctions in the amount of $2,500.00 are ordered. The sanctions are stayed until the conclusion of this case. At that time, the Court will determine if the sanctions will be enforced.

    The Court orders plaintiff to appear for an Independent Mental Examination with Harold L. Seymour, Ph.D. on or before February 10, 2006. The examination will be audio-recorded. No third party, including counsel, is permitted to attend the examination.

IT IS SO ORDERED.

**Dated:   February 23, 2006**          **/s/ Sandra M. Snyder**
icido3                    UNITED STATES MAGISTRATE JUDGE

---

Proposed Order Re Defendant's Mtn for Sanctions