IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY LOUEN,<br><br>        Plaintiff,<br><br>   vs.<br><br>FRESNO POLICE OFFICER BRIAN TWEDT; THE CITY OF FRESNO, CALIFORNIA,<br><br>        Defendants. | No. CV-F-04-6556 REC SMS<br><br>ORDER CONTINUING ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR RECONSIDERATION TO APRIL 17, 2006. |

By e-mail, Plaintiff's counsel notified the Court that he is unable to attend oral argument on Plaintiff's Motion for Reconsideration (Doc. 69), scheduled for March 27, 2006. Counsel for Defendants City of Fresno and Brian Twedt stated in e-mails to the Court that they oppose continuance.

Oral argument on another motion in this case, Plaintiff's Motion for Abstention Pending Resolution of Parallel State Court Action (Doc. 85), is currently scheduled for April 17, 2006, at 1:30 p.m.

**Accordingly**, in the interest of judicial economy and to

1

accommodate Plaintiff's counsel's request, oral argument on Plaintiff's Motion for Reconsideration shall be continued to April 17, 2006, at 1:30 p.m.

IT IS SO ORDERED.

**Dated: March 23, 2006**                    /s/ Robert E. Coyle
810ha4                                        UNITED STATES DISTRICT JUDGE