IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY LOUEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>FRESNO POLICE OFFICER BRIAN TWEDT; THE CITY OF FRESNO, CALIFORNIA,<br><br>        Defendants. | No. CV-F-04-6556 REC SMS<br><br>ORDER DENYING DEFENDANT CITY OF FRESNO'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER CONTINUING ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR RECONSIDERATION TO APRIL 17, 2006.<br><br>(Doc. 88) |

    On March 23, 2006, the Court issued an order (Doc. 87) continuing oral argument on Plaintiff's Motion for Reconsideration to April 17, 2006, at 1:30 p.m.  Later on March 23, Defendant City of Fresno (the "City") filed a motion (Doc. 88) asking the Court to reconsider its decision to continue the matter.

    The City argues that the continuance is improper on the grounds that Plaintiff has repeatedly delayed and obstructed discovery efforts, that a continuance will impair Defendants' ability to prepare for trial because the discovery deadline and

1

1  trial date are near, and that Plaintiff's counsel has
2  insufficiently demonstrated his ability to attend oral argument
3  on its original date, March 27, 2006.
4     The Court is concerned about delaying discovery this close
5  to trial.  Consequently, if postponing oral argument does
6  jeopardize Defendants' ability to meet discovery deadlines or
7  prepare for trial, the Court will entertain motions to alter the
8  schedule accordingly.
9     The Court recognizes, however, the importance of Plaintiff's
10 counsel Kevin Little's attendance at these proceedings.
11 Furthermore, the Court is not in a position to second-guess his
12 representations that he is unable to attend the hearing as
13 originally scheduled.
14    **Accordingly**, the City's motion for reconsideration of the
15 Court's order continuing oral argument on Plaintiff's Motion for
16 Reconsideration to April 17, 2006, is DENIED.
17
18 IT IS SO ORDERED.
19 **Dated:  March 23, 2006**              **/s/ Robert E. Coyle**
   810ha4                                  UNITED STATES DISTRICT JUDGE

2