IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY LOUEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>FRESNO POLICE OFFICER BRIAN TWEDT; THE CITY OF FRESNO, CALIFORNIA,<br><br>        Defendants. | No. CV-F-04-6556 REC SMS<br><br>ORDER RE: PLAINTIFF'S REQUEST FOR CLARIFICATION. (Doc. 98) |

On April 28, 2006, Plaintiff filed a Request for Clarification Re: Court's Order Denying Plaintiff's Motion for Abstention Pending Resolution of Parallel State Court Proceedings. Plaintiff asks whether changes in the timing of the state court proceedings or this Court's proceedings "could impact the Court's decision and permit plaintiff's obtaining reconsideration of the Court's ruling, . . . ." Request for Clarification 1. Plaintiff also asks whether the Court "intended its decision on this matter to be final or provisional, . . . ." Id.

1

1   The Court has reviewed its order regarding abstention that
2  it issued April 19, 2006 (the "Order").  The Order appears to
3  unambiguously state the grounds for the Court's decision on this
4  issue.  The Court will not address the merits of a motion for
5  reconsideration in the absence of such a motion.  See L.R. 78-
6  230(k).

IT IS SO ORDERED.

**Dated: May 1, 2006**              /s/ Robert E. Coyle
810ha4                              UNITED STATES DISTRICT JUDGE