IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLY LOUEN, | ) | No. CV-F-04-6556 REC SMS |
| | ) | |
| Plaintiff, | ) | ORDER RE: PLAINTIFF'S |
| | ) | FURTHER REQUEST FOR |
| vs. | ) | CLARIFICATION. |
| | ) | |
| FRESNO POLICE OFFICER BRIAN TWEDT; THE CITY OF FRESNO, CALIFORNIA, | ) ) ) | (Doc. 102) |
| | ) | |
| Defendants. | ) | |
| | ) | |

On May 16, 2006, Plaintiff filed a Further Request for Clarification regarding the Court's order regarding abstention issued April 19, 2006 (the "Order"). Plaintiff states that she "wishes to clarify if the Court's decision on this matter is going to be subject to *sua sponte* reconsideration in the interests of justice, . . . ." At the same time, Plaintiff concedes that "no meritorious reconsideration could be sought by plaintiff."

Plaintiff has previously filed a Request for Clarification Re: Court's Order Denying Plaintiff's Motion for Abstention

1

Pending Resolution of Parallel State Court Proceedings.  In response, the Court indicated that the Order "appears to unambiguously state the grounds for the Court's decision on this issue."  The Court also indicated, citing Local Rule 78-230(k), that it would "not address the merits of a motion for reconsideration in the absence of such a motion."

    Plaintiff has couched each of her last two filings as a "Request for Clarification" of the Order.  The categorization is misleading, as she does not contend that the Order is in any way ambiguous.  Rather, contrary to Plaintiff's contentions, these filings appear to be presented to the Court for another purpose, such as to urge the Court to reconsider its Order or to determine the Court's amenability to granting relief, albeit without an explicit request that the Court act.  The Court will not speculate as to any future rulings or address the merits of requests for relief that are yet to be made.

    Plaintiff is directed to adhere to the Local Rules regarding Civil Motion Calendar and Procedure and Applications for Reconsideration when petitioning the Court for relief. See L.R. 78-230.

IT IS SO ORDERED.

**Dated: May 16, 2006**            **/s/ Robert E. Coyle**
810ha4                                 UNITED STATES DISTRICT JUDGE