James D. Weakley, Esq.      Bar No. 082853
Erica M. Camarena, Esq.     Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, CITY OF FRESNO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY LOUEN,<br><br>  Plaintiff<br><br>vs.<br><br>FRESNO POLICE OFFICER BRIAN TWEDT; THE CITY OF FRESNO, CALIFORNIA,<br><br>  Defendants.<br>_____ | CASE NO.  CIV-F-04-6556 OWW SMS<br><br>**STIPULATION AND ORDER TO EXTEND DATES, INCLUDING TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S APPLICATION FOR RECONSIDERATION; HEARING DATE; COMPLETE DISCOVERY; AND TO FILE NON-DISPOSITIVE AND DISPOSITIVE MOTIONS**<br><br>**FRCP 29; Local Rule 6-144(a)**<br><br>Date: October 2, 2006<br>Time: 10:00 a.m.<br>Courtroom: 3, 7th Floor<br>Honorable Oliver W. Wanger |

It is hereby stipulated by and between the parties by and through their attorneys of record that the following dates will be extended:

1. Defendants' response to Plaintiff's application for reconsideration of the Court's August 10, 2006 Order has been extended two weeks.  Defendants' response to Plaintiff's application for reconsideration is now due on October 2, 2006.

2. The hearing on Plaintiff's application for reconsideration has been extended. The hearing will now be held on October 16, 2006.

3. The time for the parties to complete discovery is extended.  The parties must

---

Stipulation and Order to Extend Dates to Respond to Plaintiff's
Application for Reconsideration, to Complete Discovery, and
To File Non-dispositive and Dispositive Motions

complete discovery by October 20, 2006.  Such limited discovery is in accordance with this Court's ruling during the July 28, 2006 hearing.

4. Due to the extension of discovery dates, the date to file all non-dispositive motions must also be extended.  The parties shall file all non-dispositive motions no later than October 23, 2006 and are to be heard on November 6, 2006.

5. Due to the extension of the non-dispositive motion filing deadline, the date to file all dispositive motions must also be extended.  The parties shall file all dispositive motions by November 15, 2006 and are to be heard on December 18, 2006.

6. All other dates shall remain the same.

DATED: September 14, 2006           WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                                    By:   /s/ Erica M. Camarena
                                          Erica M. Camarena
                                          Attorney for Defendant, CITY OF FRESNO

DATED: September 15, 2006           MYERS & MAYFIELD

                                    By:   /s/ Gregory Myers as authorized on 9/15/06
                                          Gregory L. Myers
                                          Attorneys for Defendant, BRIAN TWEDT

DATED: September 19, 2006           LAW OFFICE OF KEVIN G. LITTLE

                                    By:   /s/ Kevin G. Little as authorized on 9/19/06
                                          Kevin G. Little
                                          Attorney for Plaintiff HOLLY LOUEN

**ORDER**

IT IS SO ORDERED.

**Dated:   September 26, 2006**                /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE

---

Stipulation and Order to Extend Dates to Respond to Plaintiff's
Application for Reconsideration, to Complete Discovery, and
To File Non-dispositive and Dispositive Motions            2