IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLY LOUEN, | ) | 1:04-cv-06556-OWW-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER RE: SCOPE CLARIFICATION** |
| | ) | **re: PLAINTIFF'S MOTION TO** |
| vs. | ) | **COMPEL PRODUCTION OF PERSONNEL** |
| | ) | **RECORDS OF DEFENDANT BRIAN** |
| FRESNO POLICE OFFICER BRIAN TWEDT; THE CITY OF FRESNO, CALIFORNIA, | ) ) ) | **TWEDT AND FURTHER DEPOSITION ON PERSONNEL ISSUES:** **FILED: 1/31/06** (Doc. 70) |
| | ) | **HEARING: 3/03/06** (Doc. 83) |
| Defendants. | ) | |

Plaintiff(s) Motion to Compel Production of Personnel Records of Defendant Brian Twedt and Further Deposition on Personnel Issues, filed January 31, 2006 (Doc. 70), came on regularly for hearing on March 3, 2006 at 9:30 a.m. in Courtroom No. 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge. Kevin G. Little, Esq., appeared on behalf of plaintiff. Gregory L. Myers, Esq., of Myers & Mayfield, appeared on behalf of defendant, Brian Twedt. Rosemary T. McGuire, Esq., of Weakley, Ratliff, Arendt & McGuire, LLP, appeared on behalf of defendant, City of Fresno.

The court Minutes (Doc. 83) indicate the motion was, "...argued and the Motion is GRANTED-in-Part and DENIED-in-Part, Order to follow." However, for clarification, pursuant to the

1  Transcript (Doc. 135) of the proceedings filed on August 1, 2006,
2  page 8, lines 22-25, states, "...it is not my intention to issue a
3  written order from today's hearing, as my ruling is now on the
4  record.  A written order will be served on all parties regarding
5  the results of my records search."
6      Further, at page 5-6, lines 22-3, it was the Court's,
7  "... intention to order...Ms. McGuire, to have the city's legal
8  officer and/or custodian of records deliver Officer Twedt's
9  personnel files and any IA files that relate to any investigation
10 done regarding any contact with either Ms. Louen or Mr. Louen or
11 Ms. Guzman-McGill to my chambers in the next 10 days for strictly
12 in camera review."
13     At page 6, lines 7-13, states, "I will thereafter issue a
14 written order about what, if anything, is ordered produced.  The
15 order will clearly state that what is produced is for attorneys'
16 and experts' eyes only, the clients may not view nor certainly have
17 copies of what is produced, and that anything produced in this
18 action is strictly for the use in this action only."
19     At pages 6-7, lines 20-3, state, "I would like to be provided
20 copies of Clovis police reports 02-8699, 04-4314, as well as the
21 somewhat infamous restraining order from the State Court and a
22 complete copy of the June 2005 State Court complaint filed by...Mr.
23 Myers, on behalf of the Twedts as against Ms. Guzman-McGill and
24 Mike Louen.  This is all a pretty tangled web and in order for me
25 to make educated decisions during document review, I really do need
26 to understand the bigger picture, the whole dynamic..."
27     At page 8, lines 16-21, states, "So it is my intention to
28 grant the motion in part and deny the motion in part.  And I would

then direct to have the records as described delivered to my chambers within the next 10 days. I would like for the three of you to work out who's going to provide me with...those Clovis police reports and any other pleadings that I have set forth."

Therefore, the following is hereby specifically ORDERED delivered directly to chambers, to be coordinated with either Courtroom Deputy Harriet Herman at (559) 499-5692 -OR- Judicial Assistant Frances Robles at (559) 499-5690, within ten (10) days from the date of service of this order:

1. Ms. McGuire is ORDERED to have the City's legal officer and/or custodian of records deliver Officer Twedt's personnel files, and any IA files that relate to any investigation done regarding any contact with either Ms. Louen or Mr. Louen or Ms. Guzman-McGill, strictly in-camera review.

2. Copies of Clovis police reports 02-8699 and 04-4314.

3. A copy of the restraining order from the State Court.

4. A complete copy of the June 2005 State Court complaint filed by Mr. Myers, on behalf of the Twedts, as against Ms. Guzman-McGill and Mike Louen.

5. A copy of Judge Putnam's order, the factual findings comprising approximately eight (8) pages.

6. All counsel to work out who shall be responsible for providing the Court with the Clovis police reports, as well as the other pleadings ordered provided hereinabove.

IT IS SO ORDERED.

**Dated:   November 14, 2006**          **/s/ Sandra M. Snyder**
icido3                                   UNITED STATES MAGISTRATE JUDGE

3