| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| Erica M. Camarena, Esq. | Bar No. 227981 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, CITY OF FRESNO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY LOUEN, | CASE NO.  CIV-F-04-6556 OWW SMS |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY** |
| FRESNO POLICE OFFICER BRIAN TWEDT; THE CITY OF FRESNO, CALIFORNIA, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record, that the Scheduling Order will be modified as follows:

1. The expert discovery deadline date currently set to expire on March 31, 2007, will be extended to April 30, 2007, for the sole purpose of taking the depositions of Plaintiff's experts, Roger Clark, Ronald Weber, and Joseph Barnes.  Plaintiff's experts have all been properly served with a deposition notice, but for reasons beyond the control of the Defendants, were unable to comply with the deposition notice.

2. All other dates will remain the same.

1  DATED: March 28, 2007                    WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                                            By:    /s/ Erica M. Camarena
                                                   James D. Weakley
                                                   Erica M. Camarena
                                                   Attorney for Defendant
                                                   CITY OF FRESNO

DATED: March 30, 2007                       MYERS & MAYFIELD

                                            By:    /s/ Gregory L. Myers
                                                   Gregory L. Myers
                                                   Catherine McCord
                                                   Megan M. Hager
                                                   Attorney for Defendant BRIAN TWEDT

DATED: March 30, 2007                       LAW OFFICE OF KEVIN G. LITTLE

                                            By:    /s/ Kevin G. Little
                                                   Kevin G. Little
                                                   Attorney for Plaintiff, Holly Louen

1
2
IT IS SO ORDERED.

3
**Dated:   April 5, 2007**                              **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28