```
James D. Weakley, Esq.        Bar No. 082853
Erica M. Camarena, Esq.       Bar No. 227981

        THE LAW FIRM OF
        WEAKLEY, RATLIFF,
       ARENDT & McGUIRE, LLP
     1630 East Shaw Avenue, Suite 176
         Fresno, California  93710

       Telephone: (559) 221-5256
       Facsimile:  (559) 221-5262
```

Attorneys for Defendant, CITY OF FRESNO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY LOUEN,<br><br>      Plaintiff<br><br>     vs.<br><br>FRESNO POLICE OFFICER BRIAN TWEDT; THE CITY OF FRESNO, CALIFORNIA,<br><br>      Defendants. | CASE NO.  CIV-F-04-6556 OWW SMS<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY** |

    IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record, that the Scheduling Order will be modified as follows:

    1.    The expert discovery deadline date currently set to expire on April 30, 2007, will be extended to May 18, 2007, for the sole purpose of taking the deposition of Plaintiff's expert, Roger Clark.  Plaintiff's expert has been properly served with a deposition notice, but for a scheduling conflict is unable to comply with the deposition notice.

///

///

///

///

Stipulation and Order to Extend Expert Discovery

2. All other dates will remain the same.

DATED: April 19, 2007      WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:     /s/ Erica M. Camarena

James D. Weakley
Erica M. Camarena
Attorneys for Defendant
CITY OF FRESNO

DATED: April 19, 2007      MYERS & MAYFIELD

By:     /s/ Catherine McCord

Gregory L. Myers
Catherine McCord
Megan M. Hager
Attorneys for Defendant BRIAN TWEDT

DATED: April 18, 2007      LAW OFFICE OF KEVIN G. LITTLE

By:     /s/ Kevin G. Little (as authorized by e-mail on 4-18-07)

Kevin G. Little
Attorney for Plaintiff, HOLLY LOUEN

**ORDER**

IT IS SO ORDERED.

**Dated:   April 24, 2007**       **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Expert Discovery     2