IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY LOUEN,<br><br>             Plaintiff,<br><br>   vs.<br><br>FRESNO POLICE OFFICER BRIAN TWEDT, et al.,<br><br>             Defendants. | No. CV-F-04-6556 OWW/SMS<br><br>ORDER DENYING PLAINTIFF'S MOTIONS IN LIMINE NOS. 1 & 2 REGARDING APPLICATION OF COLLATERAL ESTOPPEL |

For the reasons stated in open court on August 24, 2007, Plaintiff's motions in limine to preclude Defendant Twedt from relitigating the factual findings of the Fresno County Superior Court, Case N. 04CECG1034, and to prohibit Defendant Twedt from introducing evidence with regard to these findings are DENIED. Further, even if Plaintiff dismisses this action against Defendant City of Fresno, the Court concludes that application of collateral estoppel to Defendant Twedt will be inequitable because of issues of state of mind and other elements of the

1

1 **civil rights claims, supplemental claims under state law, and**
2 **punitive damages not present in the state court injunctive**
3 **proceedings.**
4    IT IS SO ORDERED.
5 **Dated:   August 29, 2007**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

2