GREGORY L. MYERS, 095743
CATHERINE J. McCORD, 201448
**MYERS & MAYFIELD**
A PROFESSIONAL CORPORATION
Attorneys at Law
1130 E. SHAW AVE., SUITE 200
FRESNO, CALIFORNIA 93710
TELEPHONE (559) 222-1005

Attorneys for Defendant, BRIAN TWEDT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY LOUEN, | CASE NO.: 1:04-CV-06556-OWW-SMS |
| Plaintiff, | |
| vs. | ORDER ON MOTIONS IN LIMINE |
| FRESNO POLICE OFFICER BRIAN TWEDT; THE CITY OF FRESNO, CALIFORNIA, | |
| Defendants. | **Trial Date: September 5, 2007** |

In this action in which the plaintiff seeks recovery for violation of her civil rights under the United States and California constitutions, and for damages related to the intentional infliction of emotional distress, this Court conducted An August 24, 2007 hearing on the motions in limine of defendants City of Fresno and Brian Twedt, and the plaintiff, Holly Louen. The plaintiff appeared in person and through her attorney, Kevin Little. The City of Fresno appeared by counsel Erica Camarena and James D .Weakley of Weakley, Ratliff, Arendt & Mcguire. Brian Twedt appeared by counsel Gregory L. Myers, Myers & Mayfield.

This Court issues the following rulings on defendants' motions in limine. Further discussion on and grounds for the rulings are available from the transcript of the August 24, 2007 hearing.

/ / /

1. **Motion in Limine precluding testimony or comment regarding settlement offers by the parties**: The Court grants this motion and orders the parties, their attorneys and witnesses no to testify or comment regarding settlement discussions including but not limited to offers and demands made by the parties.

2. **Motion in Limine regarding exclusion of non-party witnesses from the courtroom**: The Court grants this motion and orders all witnesses excluded from the courtroom so long as they may be called as witnesses at the trial.

3. **Motion in Limine precluding testimony or reference to insurance**: The Court grants this motion and orders the parties, their attorneys and witnesses not to testify or comment regarding the existence or non-existence of liability insurance which may or may not apply to the instant litigation.

4. **Motion in Limine precluding expert opinions by non-experts**: The Court recognizes that witnesses may offer opinion testimony within the constraints of Federal Rules of Evidence § 701 but that such opinions are not expert opinions. Court The Court grants this motion and orders the parties, their attorneys and witnesses not to testify or comment regarding expert opinions that are offered by non-experts.

5. **Motion in Limine precluding reference to experts who do not testify at trial**: The Court grants this motion and orders the parties, their attorneys and witnesses not to testify or comment regarding any reports by experts who are not permitted to testify in as much as such testimony would be hearsay.

6. **Motion in Limine precluding testimony regarding the Myrna Loran matter**: The Court grants this motion and orders the parties, their attorneys and witnesses not to testify or comment regarding discussion regarding the litigation, investigation or any discipline associated with the claims brought by Myrna Loran subject to discussions which may be relevant if the plaintiff pursues a "Monell claim." Any other use of the Myrna Loran claim would be the use of a bad act to prove conduct which is inadmissable.

7. **Motion in Limine precluding testimony regarding the lawsuit entitled *Twedt v. Franklin***: The Court grants this motion and orders the parties, their attorneys and witnesses not to testify or comment regarding testimony given by Officer Twedt in the personal injury case brought

as a result of an auto accident involving Vicki Twedt and which Officer Twedt was a party for purposes of pursuing a loss of consortium claim.

**8. Motion in Limine precluding testimony regarding the truthfulness of Officer Brian Twedt**: The Court grants this motion and orders the parties, their attorneys and witnesses not to testify or comment regarding the credibility of Officer Twedt or any other party or witness.

**9. Motion in Limine precluding testimony regarding Laura Guzman-Magill's opinion as to the probable cause of any arrest by Officer Brian Twedt**: The Court grants this motion and orders the parties, their attorneys and witnesses not to testify or comment regarding her opinion regarding the probable cause for an arrest which was discussed while she was employed by the Fresno County District Attorney's office.

**IT IS SO ORDERED.**

DATED: September 6, 2007     /s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE