James D. Weakley, Esq.   Bar No. 082853
Erica M. Camarena, Esq.   Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, CITY OF FRESNO

FILED
SEP 11 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOLLY LOUEN,

    Plaintiff

vs.

FRESNO POLICE OFFICER BRIAN
TWEDT; THE CITY OF FRESNO,
CALIFORNIA,

    Defendants.

) CASE NO. CIV-F-04-6556 OWW SMS
)
) **PROPOSED ORDER REGARDING**
) **PLAINTIFF'S MOTION IN LIMINE RE:**
) **COLLATERAL ESTOPPEL AS TO THE**
) **CITY OF FRESNO**

The Court, having reviewed the moving papers, legal authorities, and hearing the oral arguments of the parties, hereby issues the following Order as to plaintiff's motion in limine number 1, with respect to the City of Fresno only.

IT IS HEREBY ORDERED, that collateral estoppel does not have preclusive affect as to the City of Fresno because: 1) plaintiff is not asserting collateral estoppel as to the City of Fresno; 2) the City of Fresno was not a party to the underlying state court action; 3) was not in privity with Brian Twedt during that proceeding; 4) was not given the opportunity to litigate the facts in the state court, nor were any facts against the City of Fresno actually litigated and necessarily decided; and 5) the issues in the state court action are not identical to the issues asserted against the City of Fresno in this federal civil rights action.

Proposed Order on Collateral Estoppel as to the City of Fresno

1   Upon representation of plaintiff's counsel, the only two incidents for which plaintiff is
2   claiming any allegations against the City of Fresno relate to the March 7, 2004 and March 16,
3   2004 incidents where plaintiff claims Brian Twedt was in uniform and on his department issued
4   motorcycle. Plaintiff is not alleging any federal or state civil rights claims; or any other state
5   law claims against the City of Fresno pertaining to the other allegations in her complaint or in
6   the pretrial order.

8   DATED: September 7, 2007

9                           WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

11                          By:   /s/ James D. Weakley
                                  James D. Weakley
                                  Attorney for Defendant
12                                CITY OF FRESNO

13                          **ORDER**

14      IT IS SO ORDERED.

16   Dated:  9-11-07

                                    _____
                                    United States District Court Judge
17                                  Oliver W. Wanger

---

Proposed Order on Collateral Estoppel as to the City of Fresno    2